JEFFREY HERZBERG, P.C.
ATTORNEYS AT LAW

300 Rabro Drive, Suite 114
Hauppauge, New York 11788

---

Telephone: (631) 761-6558
Fax No.: (631) 761-6570
e-Mail Address: jeff@jherzberglaw.com

April 17, 2025

United States Court of Appeals for the Second Circuit
U.S. Courthouse
40 Foley Square
New York, New York 10007

  Re: In re Julia F. Soussis
    Julia F. Soussis, Debtor-Appellant v. Michael J. Macco, Chapter 13 Trustee, U.S. Trustee
    Docket No. 22-155

Your Honor:

I am writing this letter to remind this Honorable Court that the oral argument in the above-referenced appellate matter was conducted on February 15, 2023 and notwithstanding the passage of two (2) years and two (2) months (26 months) since the oral argument, this Honorable Court has not still rendered a decision in this appellate matter. It should be further noted that since on or about the time of the oral argument, the United States Courts of Appeals for the Seventh Circuit, the Ninth Circuit and the Tenth Circuit has all rendered decisions in favor of Soussis pertaining to the same appellate issue. Please advise me when I should expect a decision in the Soussis appeal.

Thank you in advance for all of your courtesies in this matter.

Respectfully submitted,

/s/ Jeffrey Herzberg
Jeffrey Herzberg
cc: Via ECF to the attorneys for the Defendants-Appellees Michael J. Macco, Trustee and
   the Office of the United States Trustee
 Julia F. Soussis, Esq. by email